IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16-CR-331 |
| vs. | |
| CARLOS VIDAL-MIX, | JUDGMENT |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 237) is denied.

Dated this 23rd day of April, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge